

NORTHERN DISTRICT OF TEXAS
**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 25, 2009**                                                                   **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | CASE NUMBER: 709-70114-HDH-13 |
| SALUSTIANO ABABON PINO § | |
| NORMITA LIBRES PINO § | |
| DEBTOR(S) § | |
| § | CHAPTER 13 |
| § | |
| OCWEN LOAN SERVICING, LLC, AS § | |
| SERVICING AGENT FOR U.S. BANK, N.A., § | |
| AS TRUSTEE FOR THE REGISTERED § | |
| HOLDERS OF STRUCTURED ASSET § | |
| SECURITIES CORPORATION MORTGAGE | |
| PASS-THROUGH CERTIFICATES, SERIES | |
| 2007-TC1 ITS SUCCESSORS | |
| IN INTEREST AND/OR ASSIGNEES | |
| MOVANT § | HEARING ON MOTION |
| § | TO LIFT STAY |
| VS. § | JUNE 24, 2009 |
| § | |
| SALUSTIANO ABABON PINO § | |
| NORMITA LIBRES PINO § | |
| RESPONDENT(S) § | |
| § | TIME:  11:00am |

AGREED ORDER TERMINATING STAY

On this date, came on to be heard Movant, OCWEN LOAN SERVICING, LLC, AS

SERVICING AGENT FOR U.S. BANK, N.A., AS TRUSTEE FOR THE REGISTERED

HOLDERS OF STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-

THROUGH CERTIFICATES, SERIES 2007-TC1, ITS SUCCESSORS IN INTEREST AND/OR ASSIGNEE's, Motion for Relief from Automatic Stay.  All parties announced to the Court that an Agreement had been reached.  Pursuant to that Agreement:

IT IS ORDERED THAT the Automatic Stay of 11 U.S.C. Sec. 362 is hereby terminated as to Movant and Movant, its successors in interest and assignees, may proceed to foreclose its lien and pursue its statutory and contractual remedies pursuant to the terms of the Deed of Trust in order to gain possession of the real property described as:

> A TRACT OF LAND CONTAINING 5.00 ACRES, BEING OUT OF A 10.00 ACRE TRACT RECORDED IN VOLUME 1599, PAGE 315, BEXAR COUNTY REAL PROPERTY RECORDS, BEING OUT OF THE JULIAN DIAZ SURVEY NO. 66, BEXAR COUNTY, TEXAS; MORE COMMONLY KNOWN AS 7789 FM 1518, SCHERTZ, TX 78154

IT IS FURTHER ORDERED that the Federal Bankruptcy Rule 4001 (a)(3) is not applicable and the Movant may immediately implement and enforce this order granting relief from the automatic stay.

###END OF ORDER###

APPROVED AS TO FORM AND CONTENT:

/s/ Melissa A. Dennis
MELISSA A. DENNIS, SBOT-50511754
BROWN & SHAPIRO, L.L.P.
4620 FAIRMONT PARKWAY, SUITE 108
PASADENA, TEXAS  77504
PHONE: (281) 998-8450
FAX: (281) 998-0421
EMAIL: txbkcontact@logs.com


/s/ Monte J. White
MONTE J. WHITE
1106 BROOK AVENUE
WICHITA FALLS, TX 76301
ATTORNEY FOR DEBTOR(S)