

NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**



**Signed January 20, 2010**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

SALUSTIANO ABABON PINO
NORMITA LIBRES PINO

CASE NO: 09-70114-HDH-13

HEARING DATE:  12/16/2009
HEARING TIME:   11:00 AM

**AMENDED**

**ORDER APPROVING  TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

---

On this day came on to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC).  It appears to the Court that due notice has been given to all creditors, Debtor(s) and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2006-08, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2006-08 Section 8, the Trustee's Modification of Debtor's(s') Confirmed Plan, shall be approved as follows:

The IRS claim of $868,549.00 shall be treated per the Order Modifying Claim entered 12-4-09:A secured amount of $550,426.39 is surrendered for full satisfaction;A priority amount of $2,242.52 is treated through the plan over 60 months with a payment of $41.00 per month;A general unsecured amount of $436.00 is allowed. The plan term shall be extended from 36 to 60 months. Debtor shall pay $325 per month beginning April 2009 for 10 months; then Debtor shall pay $1,900 per month beginning February 2010 for the remaining 50 months for a base amount of $98,250.00. Plan remains a 100% plan to unsecured creditors.

# # # End of Order # # #

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee